UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HERBERT A. TRAVIS,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF LABOR,**<br><br>Defendant. | Civil Action No. 10-00746 (JDB) |

### ORDER

Upon consideration of [6] defendant's motion to dismiss the complaint, and for the reasons explained in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [6] the motion to dismiss is **GRANTED**.

/s/
JOHN D. BATES
United States District Judge

Dated: November 12, 2010